UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

MARIA L BINCHET,
Plaintiff,
v.
ARROYO GRANDE VILLAS, L.P., et al.,
Defendants.

Case No. 4:26-cv-13903-KAW

**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE**

Re: Dkt. No. 2

The Court has received Plaintiff's complaint and application to proceed *in forma pauperis* (IFP). The Court may authorize a plaintiff to file an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a). Plaintiff, however, filled out the short form IFP application, which does not contain sufficient information for the Court to determine ability to pay.

Accordingly, Plaintiff's IFP application is DENIED without prejudice. On or before **December 11, 2026,** Plaintiff shall submit the long form IFP application[1] or pay the filing fee.

IT IS SO ORDERED.

Dated: November 19, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

[1] Available at: https://cand.uscourts.gov/sites/default/files/forms/Application-to-Proceed-In-Forma-Pauperisnon-prisoner.pdf